IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVIS BEARDEN, #0127658,

    Plaintiff,

v.                                    CASE NO. 4:10cv546-SPM/WCS

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

**<u>ORDER</u>**

    THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated January 24, 2011 (doc. 6). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

    2.    This case is transferred pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) to the United States District Court for the Middle District of Florida,

Jacksonville Division, for all further proceedings.

DONE AND ORDERED this 3rd day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge